UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
DEC 20 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 7:08-M-1251

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HOPE NICOLE TOWNSEND ) | |

The Government's motion is hereby granted. The case is dismissed.

12-20-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE